FILED by SA D.C.

Sep 6, 2012

STEVEN M. LARIMORE
CLERK U.S. DIST. CT.
S.D. OF FLA. MIAMI

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

## 12-80161-CR-RYSKAMP/HOPKINS
CASE NO._____

21 U.S.C. § 841(a)(1)

UNITED STATES OF AMERICA )
)
v. )
)
MICHAEL BRYANT, )
)
Defendant. )
_____ )

### INFORMATION

The United States Attorney charges that:

### COUNT I

On or about March 30, 2012, in Palm Beach County, in the Southern District of Florida, and elsewhere, the defendant,

### MICHAEL BRYANT,

did knowingly and intentionally distribute a mixture and substance containing a detectable amount of 1 Pentyl-3-(2,2,3,3-tetramethycyclopropoyl)indole), commonly known as UR-144; and 1-(5-fluoropentyl)-3-(2,2,3,3-tetramethylcyclopropoyl)indole), commonly known as 5-fluoro-UR-144, each of said substances constituting a Schedule I controlled substance analogue, as defined in Title 21, United States Code, Section 802(32), knowing that the mixture and substance was intended for

human consumption.

All in violation of Title 21, United States Code, Sections 813 and 841(a)(1).

_____
WIFREDO A. FERRER
UNITED STATES ATTORNEY

_____
ROGER H. STEFIN
ASSISTANT UNITED STATES ATTORNEY

_____
STEPHANIE D. EVANS
ASSISTANT UNITED STATES ATTORNEY

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

| UNITED STATES OF AMERICA | CASE NO. _____ |
|---|---|
| vs. | |
| MICHAEL BRYANT, | **CERTIFICATE OF TRIAL ATTORNEY*** |
|          **Defendant.** ____/ | **Superseding Case Information:** |

**Court Division**: (Select One)

___ Miami ___ Key West
___ FTL  _X_ WPB  ___ FTP

New Defendant(s)           Yes ___  No ___
Number of New Defendants ___
Total number of counts ___

I do hereby certify that:

1. I have carefully considered the allegations of the indictment, the number of defendants, the number of probable witnesses and the legal complexities of the Indictment/Information attached hereto.

2. I am aware that the information supplied on this statement will be relied upon by the Judges of this Court in setting their calendars and scheduling criminal trials under the mandate of the Speedy Trial Act, Title 28 U.S.C. Section 3161.

3. Interpreter:   (Yes or No)   _No_
   List language and/or dialect  _____

4. This case will take  _1_  day for the parties to try.

5. Please check appropriate category and type of offense listed below:
   (Check only one)                                          (Check only one)

   | I   | 0 to 5 days     | _X_ | Petty   | ___ |
   |-----|-----------------|-----|---------|-----|
   | II  | 6 to 10 days    | ___ | Minor   | ___ |
   | III | 11 to 20 days   | ___ | Misdem. | ___ |
   | IV  | 21 to 60 days   | ___ | Felony  | _X_ |
   | V   | 61 days and over| ___ |         |     |

6. Has this case been previously filed in this District Court? (Yes or No)  _No_
   If yes:
   Judge: _____ Case No. _____
   (Attach copy of dispositive order)
   Has a complaint been filed in this matter?  (Yes or No)  _Yes_
   If yes:  Magistrate Case No.    _12-mj-08297-DLB_
   Related Miscellaneous numbers:  _n/a_
   Defendant(s) in federal custody as of  _n/a_
   Defendant(s) in state custody as of    _n/a_
   Rule 20 from the _____ District of _____

   Is this a potential death penalty case? (Yes or No)  _No_

7. Does this case originate from a matter pending in the Northern Region of the U.S. Attorney's Office prior to October 14, 2003?  ___ Yes  _X_ No

8. Does this case originate from a matter pending in the Central Region of the U.S. Attorney's Office prior to September 1, 2007?  ___ Yes  _X_ No

_____
ROGER H. STEFIN
ASSISTANT UNITED STATES ATTORNEY
Admin. No. A5500228

*Penalty Sheet(s) attached

REV.9/11/07

# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF FLORIDA
# PENALTY SHEET

Defendant's Name: **MICHAEL BRYANT**

Case No. _____

Count # 1:

21 USC §§ 813 and 841(a)(1)

Knowingly and intentionally distributing a Schedule I controlled substance analogue

*Max. Penalty: 20 Years Imprisonment; $1,000,000 Fine; minimum 3 years supervised release

Count #:

*Max. Penalty:

Count #:

*Max. Penalty:

Count:

*Max. Penalty:

Count :

*Max. Penalty:

**\*Refers only to possible term of incarceration, does not include possible fines, restitution, special assessments, parole terms, or forfeitures that may be applicable.**

REV. 12/12/96