UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.:12-80161-Cr-Ryskamp/Hopkins

UNITED STATES OF AMERICA,

      Plaintiff,

vs.

MICHAEL BRYANT,

      Defendant.

_____/

FILED by _____ D.C.

SEP - 7 2012

STEVEN M. LARIMORE
CLERK U.S. DIST. CT
S.D. OF FLA. W.P.B.

## ARRAIGNMENT INFORMATION SHEET

      The above named Defendant appeared before United States Magistrate Judge **DAVE LEE BRANNON** on __SEPTEMBER 7, 2012__, where the Defendant was arraigned and a plea of **NOT GUILTY** was entered. Defendant and court appointed counsel of record will be noticed for trial by the District Court Judge assigned to this case. The following information is current as of this date:

**DEFENDANT:**     Address:____ON BOND_____

               Prisoner#_____

               Language ____ENGLISH_____

               Telephone no.:_____

**DEFENSE COUNSEL:**   Name:__FEDERAL PUBLIC DEFENDER_____

               Address:__WEST PALM BEACH, FLORIDA_____

               _____

               Telephone no.:_(561) 833-6288_____

BOND/SET//////////: $__100,000 PSB___(DLB)_____

BOND/PTD hrg held: YES_____ NO___ BOND/PTD hrg set for_____

Dated this ___7th__day of ___SEPTEMBER_____, 2012.

STEVEN M. LARIMORE, CLERK OF COURT

By: _Sandra Quedo_____
           Deputy Clerk

c:    Courtroom Deputy, District Judge
     United States Attorney
     Defense Counsel
     United States Pretrial Service