UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.: 12-80161-CR-RYSKAMP

UNITED STATES OF AMERICA,

    Plaintiff,

vs.

Michael Bryant

    Defendant(s).

_____/

## ORDER SETTING TRIAL

**IT IS HEREBY ORDERED** that the above-entitled case has been set for the two-week trial calendar of November 5, 2012 at 9:00 A.M. before the **Honorable Kenneth L. Ryskamp,** United States District Judge, Courtroom No. 1, 701 Clematis Street, West Palm Beach, Florida 33401. Counsel shall report to a call of the trial calendar to be held at 1:15 P.M. on October 31, 2012 at West Palm Beach, Florida. Any motions for continuance must be filed by 4:30 P.M. on October 26, 2012.

\*\*\*\*\*\*

Defense counsel are instructed to notify the court, in writing, within five days after the time periods outlined in the standing Discovery Order have elapsed if they have not received all discovery from the government. The government is instructed to respond in writing within five days of any such notice being given to the Court. **All pretrial motions, except motions for continuance of**

trial, will be referred to Magistrate Judge James M. Hopkins.

**Counsel are required** to pre-mark all exhibits and provide the Court with two copies of the exhibit list. Counsel are also instructed to submit any special voir dire questions and any special jury instructions by call of the calendar. The government is required to provide the Court with a complete set of jury instructions for use by the Court. Please refer to the Court's internet site for any CM/ECF questions www.flsd.uscourts.gov and follow the link under CM/ECF Administrative Procedures. **All proposed orders and jury instructions shall be e-mailed in Word or Wordperfect format to chambers at the following e-mail address ryskamp@flsd.ucourts.gov.**

**Notify the Court** immediately at 561-803-3422 of any disposition or settlement of this case.

DONE and ORDERED in West Palm Beach, this 7 day of September, 2012.

/s/Kenneth L. Ryskamp
**KENNETH L. RYSKAMP**
UNITED STATES DISTRICT JUDGE

cc:  counsel of record
     U.S. Magistrate Judge James M. Hopkins