TO: THE HONORABLE KENNETH L. RYSKAMP
UNITED STATES DISTRICT JUDGE

RE: UNITED STATES OF AMERICA vs. MICHAEL BRYANT

CASE NO. 12-80161-Cr-Ryskamp/Hopkins

THIS CAUSE came on for Pre-Trial Status Conference on October 9, 2012

The parties report as follows

__✓__ There are no pending motions for pre-trial determination

_____ The following motions are pending before the assigned Magistrate Judge:

_____

_____

_____

_____ The following motions are pending and appropriate for resolution by the District Court at time of trial:

_____

_____

_____

__✓__ There are no discovery problems.

__✓__ The case is likely to settle by plea.

_____ The case is ready for trial and not likely to settle by plea.

_____ The parties estimate trial will take __5__ days to complete.

_____ Other comments:

Respectfully submitted on October 9, 2012

_____
DAVE LEE BRANNON
UNITED STATES MAGISTRATE JUDGE

cc: District Judge
    U.S. Attorney's Office
    Defendant