UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 12-80161-CR-RYSKAMP/HOPKINS

UNITED STATES OF AMERICA,

        Plaintiff,

vs.

MICHAEL BRYANT,

        Defendant.

_____/

### UNOPPOSED MOTION TO CONTINUE TRIAL

Defendant, Michael Bryant, by and through his undersigned counsel, requests this Court to continue the trial in the above-styled cause for thirty (30) days.  As grounds therefor, Defendant states:

    1.  Trial is currently set for the two-week trial period commencing on November 5, 2012.

    2.  Although it is anticipated that this matter will be resolved without a trial, additional time is needed to complete the discovery process, discuss it with Defendant, and finalize the details of a plea agreement.

    3.  Defendant waives speedy trial during the time period in which this matter is continued pursuant to the above-styled motion.

    4.  Undersigned counsel has contacted Assistant United States Attorney Roger Stefin, who has no objection to the above-styled motion.

WHEREFORE, Defendant respectfully requests this Court to grant the above-styled motion and continue the trial in the above-styled cause for at least thirty (30) days.

MICHAEL CARUSO
FEDERAL PUBLIC DEFENDER

s/ Peter Birch
Peter Birch
Assistant Federal Public Defender
Attorney for the Defendant
Florida Bar No. 304281
450 South Australian Ave., Suite 500
West Palm Beach, FL 33401
TEL: (561) 833-6288
FAX: (561) 833-0368
Peter_Birch@FD.org

**CERTIFICATE OF SERVICE**

I HEREBY certify that on October 25, 2012, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF. I also certify that the foregoing document is being served this day on all counsel of record or *pro se* parties identified on the attached Service List in the manner specified, either via transmission of Notices of Electronic Filing generated by CM/ECF or in some other authorized manner for those counsel or parties who are not authorized to receive electronically Notices of Electronic Filing.

s/ Peter Birch
Peter Birch

## SERVICE LIST

### UNITED STATES OF AMERICA V. MICHAEL BRYANT
### Case No. 12-80161-Cr-Ryskamp/Hopkins

Roger Stefin
Assistant United States Attorney
500 South Australian Avenue
Suite 400
West Palm Beach, Florida   33401
(561) 820-8711 - Telephone
(561) 820-8777 - Fax
roger.stefin@usdoj.gov - Email