UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 12-80161 CR RYSKAMP

UNITED STATES OF AMERICA,

       Plaintiff,

vs.

Michael Bryant

       Defendant,
_____/

## NOTICE OF SETTING HEARING

PLEASE TAKE NOTICE that the **Change of Plea hearing** in this case is hereby set for December 14, 2012 at **9:30 AM** before the Honorable Kenneth L. Ryskamp, United States District Judge, at 701 Clematis Street, Courtroom 1, Fourth Floor, West Palm Beach, Florida.

Dated this ___3_ day of December, 2012.

       **KENNETH L. RYSKAMP**
       **UNITED STATES DISTRICT JUDGE**

       **/s/ Katie Brophy**
       **By: COURTROOM DEPUTY**

cc:   counsel of record
      U.S. Probation and Pretrial