UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 12-80161 CR Ryskamp

UNITED STATES OF AMERICA
Plaintiff,

**NOTICE OF SENTENCING**

vs.

Michael Bryant

Defendant
_____/

TO: DEFENDANT, DEFENSE COUNSEL, AND U.S. ATTORNEY'S OFFICE

By direction of the **Honorable Kenneth L. Ryskamp**, United States District Judge, YOU ARE HEREBY ORDERED to appear in the United States District Court for the Southern District of Florida on February 15, 2013 at 1:30 PM for imposition of sentence. On that date, report to:

701 Clematis Street, West Palm Beach, Florida 33401     Courtroon No.: 1

where sentence will be imposed. You will receive no further notice.

If the above-named defendant has executed a bond with this Court, let this notice advise the defendant that failure to appear as directed herein could result in his/her being charged with a violation of the Comprehensive Crime Control Act (18 U.S.C. Sec. 3146).

**IT IS FURTHER ORDERED** that a Presentence Investigation and Report (PSI) to this Court will be completed. DEFENSE COUNSEL ARE TO REPORT IMMEDIATELY TO THE UNITED STATES PROBATION OFFICE OF THE COURT FOR INTERVIEW AND FURTHER INSTRUCTIONS. IF ON BOND, THE DEFENDANT SHALL REPORT TO THE PROBATION OFFICE ALSO.

**IT IS FURTHER ORDERED** that the U.S. Attorney's Office shall immediately provide the U.S. Probation Department with the necessary information to prepare the Prosecution version of the Presentence Report.

STEVEN M. LARIMORE
COURT ADMINISTRATOR•CLERK OF COURT

By: Katie Brophy
         Deputy Clerk

DATE: 12/14/12

COUNSEL FOR DEFENDANT: Peter Birch, AFPD

DEFENDANT: Michael Bryant

[X] GUILTY PLEA     [ ] BOND                  TO COUNTS: _____
[ ] TRIAL           [ ] FEDERAL CUSTODY       OF TOTAL COUNTS: _____
                    [ ] STATE CUSTODY         AUSA: Roger Stefin, AUSA
                    [ ] U.S.M. CUSTODY

cc: U.S. Attorney
    U.S. Marshal
    U.S. Probation Office
    Defense Counsel
    Defendant